**James N. Huston, appellant, v. W. B. Pusey, appellee. Gen. No. 7,943.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in this court at the October term, 1928. ▮▮▮▮ Opinion filed January 31, 1929. Rehearing denied February 12, 1929.

Robert C. Carr, for appellant. W. B. Pusey, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

**Edward J. Gallagher, appellant, v. John W. Hayden, appellee. Gen. No. 7,950.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in this court at the October term, 1928. ▮▮▮▮ Opinion filed January 31, 1929.

M. H. Cleary, for appellant. Frank T. Sheean, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

**The People of the State of Illinois, appellant, v. Robert Peters, appellee. Gen. No. 7,969.**

▮▮▮▮▮▮▮▮ Heard in this court at the October term, 1928. ▮▮▮▮ Opinion filed January 31, 1929.

John L. Brearton, state's attorney, for appellant. John R. Connell, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

**Dee Ellen Dady, appellant, v. Ralph John Dady, appellee. Gen. No. 7,916.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Heard in this court at the May term, 1928. ▮▮▮▮ Opinion filed February 26, 1929.

Bangs & Frankhauser, for appellant; Wendell McHenry, of counsel. Martin C. Decker and George W. Field, for appellee; Martin C. Decker, of counsel.

Mr. Justice Jett delivered the opinion of the court.